```
JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE A. RINGQUIST, AKA JULIE RINGQUIST,<br><br>Defendant | No. CV A 09-1432<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Julie A. Ringquist, aka Julie Ringquist, in the principal amount of $27,464.00 plus interest accrued to February 24, 2009, in the sum of $17,111.91; with interest accruing thereafter at 5.01% annually until entry of judgment, for a total amount of $**44,575.91**.

DATED: 3/18/2009                By: __TERRY NAFISI__
                                    Clerk of the Court
                                    L. RAYFORD
                                    _____
                                    Deputy Clerk
                                    United States District Court